FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No.: 1

| Case No.: | 23-52985 | Trustee Name: | James A. Coutinho |
| Case Name: | SMITHSON, JOHN | Date Filed (f) or Converted (c): | 08/30/2023 (f) |
| For the Period Ending: | 10/28/2023 | §341(a) Meeting Date: | 09/28/2023 |
| | | Claims Bar Date: | 11/08/2023 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1772 Epic Way, Unit 41, Grove City, OH 43123 | $249,400.00 | $0.00 | | $0.00 | FA |
| 2 | 2017 Volvo XC60, Mileage: 119,930 | $8,920.00 | $8,920.00 | | $0.00 | $8,920.00 |
| 3 | 2015 Volvo S60, Mileage: 91,974 | $6,093.50 | $168.50 | | $0.00 | FA |
| 4 | Misc. Household Good and furnishings 5 guitars and a Bass Guitar valued at $3,870. | $6,000.00 | $0.00 | | $0.00 | FA |
| 5 | 2 televisions, computer, priniter, laptop, tablet, stereo equipment | $1,500.00 | $0.00 | | $0.00 | FA |
| 6 | Men's Wearing Apparel | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | Misc Men's Jewelry | $300.00 | $0.00 | | $0.00 | FA |
| 8 | Cash | $264.00 | $264.00 | | $0.00 | $264.00 |
| 9 | ETrade Account | $4,017.23 | $472.73 | | $0.00 | $4,017.23 |
| 10 | Viking Home Services, Inc. Ceased Operations on March 31, 2023 Chapter 7 Filed. Case 23-52073 100% with 401(k) pursuant to ROBB act | $0.00 | $0.00 | | $0.00 | FA |
| 11 | 401(k) Fidelity | $24,426.75 | $0.00 | | $0.00 | FA |
| 12 | Loan to Viking Services. Amount due $62,800. Uncollectible as business ceased operations and has no assets. | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Hand tools | $200.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $302,121.48 | $9,825.23 | | $0.00 | $13,201.23 |

**Major Activities affecting case closing:**

10/05/2023    The Trustee has reached an agreement with the Debtor to sell the equity in the Volvo to him for $6,000.00. Trustee will file a motion to sell.

09/28/2023    Debtor owns a 2017 Volvo XC60 free and clear of liens with no claimed exemptions. Trustee to review value and approach Debtor with proposal for Debtor's retention of Vehicle.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2

| Case No.: | 23-52985 | Trustee Name: | James A. Coutinho |
|---|---|---|---|
| Case Name: | SMITHSON, JOHN | Date Filed (f) or Converted (c): | 08/30/2023 (f) |
| For the Period Ending: | 10/28/2023 | §341(a) Meeting Date: | 09/28/2023 |
| | | Claims Bar Date: | 11/08/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): 09/27/2024     Current Projected Date Of Final Report (TFR): 09/27/2024

/s/ JAMES A. COUTINHO

JAMES A. COUTINHO